IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DENISE M. PRITCHETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: |
| v. | ) | 1:15-cv-62-KD-M |
| | ) | |
| WORLDWIDE ASSET PURCHASING, | ) | |
| LLC, & GALAXY CAPITAL | ) | |
| RECOVERIES, LLC. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO DISMISS**

COMES NOW the Plaintiff by and through her attorney of record to Move this Honorable Court to dismiss the case, stating the following as grounds therefor:

1. The parties have reached a settlement of all claims between them.

2. The parties have agreed that this action should be dismissed.

WHEREFORE, the Plaintiff requests this Court dismiss this case.

RESPECTFULLY SUBMITTED this the 14th Day of October, 2015.

/s/ Judson E. Crump
Judson E. Crump [CRU021]

Judson E. Crump, P.C.
PO Box 2769
Daphne, Alabama 36526
judson@judsonecrump.com
251.272.9148

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that I have served a true and correct copy of the foregoing upon all parties by filing the same with the CM/ECF System on this 14th Day of October, 2015.

<u>/s/ Judson E. Crump          </u>
Judson E. Crump